

# Erie County Department of Corrections

## Inmate Grievance Form

| | |
|---|---|
| Grievance Number | 3242 |
| Inmate Name: SCUTELLA, JHEN ALEXANDER | Inmate Number: 21382 |
| Grievance Regarding: Service | Grievance Dt/Tm: 04/26/2023 00:00 |

### Grievance Against

Grievance Against

### Grievance Category

Grievance Category

**FOOD SERVICE**

### Grievance Note

I've asked nurmerous times to be placed on a vegeterian diet. My medical status prior to coming to prison is insulin resistant. I seen my PCP regualarly. change of diet was most important as my cholestrol was high as well the food provided does not offer on alternate protein beside meat, also i believe the scruys and meals Are under the proper calorii intaks that should be provided by law furthermore nofrat is offerd Ever. I also asked medical to approve a vegatary Diet which was denied My health is at risk and potental Damage to my body if i am not fed properly. Furthermor food service by law should offer an alternate protein/meal and should not have to be approved by medical or jail. Also this should be delibretd inslat form an medical for ther failure to treat my insulea resistant status

### Review Officer's Note

Mr. Scutella,

You were told by your Counselor to follow directions when filing this grievance. These directions are also clearly listed on the form itself. Please note #4 states "Your grievance or appeal must be described in the area below; other forms of writing outside of the provided area will result in dismissal." You wrong outside the provided area. Also note the grievance type that states "choose only one" and you checked 2 options. Note #9 states "Failure to follow any instructions will result in dismissal of grievance." I suggest if you want to file this grievance, you request another form from your counselor and follow the instructions. This grievance is dismissed based on failure to follow instructions.

| | |
|---|---|
| Reviewed Dt/Tm | 04/27/2023 08:06 |
| Review Officer | HOLMAN, MICHAEL D |

Officer Signature

Date: 4/27/23

Exhibit A
Plaintiff Exhibit

## INMATE GRIEVANCE FORM                                           No. 3242

INMATE: Jhen Scutella          COUNSELOR: Donato
POD: J                         DATE PROCESSED: 4/26/2023
CELL: 63                       TYPE OF GRIEVANCE: Standard
DATE SUBMITTED: 4/26/2023      (STANDARD/DISCIPLINARY APPEAL/APPEAL)

**GRIEVANCE TYPE (CHOOSE ONLY ONE):**

SAFETY/SANITATION ___           DISCRMINIATION ___
USE OF FORCE ___                FAILURE TO PROTECT ___
FOOD SERVICE X                  STAFF CONDUCT ___
HYGIENE ___                     PROPERTY ___
ACCESS TO COURT ___             RECORDS ___
MAIL/CORRESPONDENCE ___         ACCESS TO HEALTH CARE ___
SEXUAL HARASSMENT ___           QUALITY OF HEALTH CARE X
DISCIPLINE/PROCEDURES ___       OTHER ___

**INSTRUCTIONS**
1. YOU HAVE 15 DAYS FROM THE DATE OF OCCURRENCE TO FILE A GRIEVANCE.
2. THIS FORM MUST BE RETURNED INTACT AND COMPLETE WITHIN 5 DAYS OF ISSUANCE.
3. THIS FORM MUST STATE SPECIFICS AS TO THE ISSUE BEING GRIEVED.
4. YOUR GRIEVANCE OR APPEAL MUST BE DESCRIBED IN THE AREA BELOW; OTHER FORMS OF WRITING OUTSIDE OF THE PROVIDED AREA WILL RESULT IN DISMISSAL.
5. CHECK ONLY ONE BOX.
6. YOU MUST ATTEMPT TO INFORMALLY RESOLVE THE ISSUE WITH YOUR COUNSELOR PRIOR TO ASKING FOR A GRIEVANCE.
7. THE GRIEVANCE MUST DEAL WITH THE INCIDENT YOU ATTEMPTED TO INFORMALLY RESOLVE.
8. NO BLANK FORMS ARE PERMITTED OUTSIDE OF THE ERIE COUNTY PRISON.
9. FAILURE TO FOLLOW ANY INSTRUCTIONS WILL RESULT IN DISMISSAL OF GRIEVANCE.

**GRIEVANCE**

I've asked numerous times to be placed on a Vegetarian Diet my medical status prior to coming to prison is Insulin Resistant. I seen my PCP regularly change of Diet was most important as my cholesterol was high as well the food provided does not offer an alternate protein besides meat. Also I believe the servings and meals are under the proper caloric intakes that should be provided by law furthermore no fruit is offered ever. I also asked Medical to approve a Vegetarian Diet which was denied my health is at risk and potential Damage to my body if I am not fed properly furthermore food service by law should offer an alternate protein/meal and should not have to be approved by medical or jail. Also this should be deliberate indifference on medical for this failure to treat my insulin resistant status

INMATE SIGNATURE: _____
ECDOC COPY (WHITE) INMATE COPY (YELLOW)
REV. 4/2016

Exhibit B
Plaintiff Exhibit