IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| JHEN SCUTELLA, ) | |
| ) | |
| Plaintiff ) | 1:23-CV-00320-SPB |
| ) | |
| vs. ) | SUSAN PARADISE BAXTER |
| ) | United States District Judge |
| TRINITY FOOD SERVICES, WEXFORD ) | |
| HEALTH SERVICES, J. EVANOVICH, ) | RICHARD A. LANZILLO |
| MICHELLE EARLEY, PA KANG, DR. ) | Chief United States Magistrate Judge |
| OSUJI GIBSON, NURSE ASHLEY, ) | |
| ) | REPORT AND RECOMMENDATION |
| Defendants ) | |

On June 5, 2025, the Court granted the Medical Defendants' motion to dismiss (ECF No. 40) and dismissed all claims against the Medical Defendants without prejudice (ECF No. 73). By the same Order, the Court granted in part and denied in part the Trinity Defendants' motion to dismiss (ECF No. 65). The Court dismissed without prejudice all claims against the Trinity Defendants except Plaintiff's Fourteenth Amendment denial of adequate nutrition claim. *See* ECF No. 73.

By Court Order dated June 12, 2025, Plaintiff was granted thirty days leave to file an Amended Complaint pursuant to the Court's prior Order referenced above. *See* ECF No. 75. Plaintiff was cautioned that failure to file an Amended Complaint by July 14, 2025, would lead to a recommendation that the claims be dismissed with prejudice. To date Plaintiff has failed to file an Amended Complaint, motion for extension of time, and no mail has been returned as undeliverable.

Therefore, the Court recommends that all claims against Medical Defendants Wexford Health, Earley, Kang, Gibson, and Ashley be dismissed with prejudice, leaving as the sole

2

remaining claim Plaintiff's Fourteenth Amendment claim against Defendants Trinity Food Services and Evankovich based on the nutritional inadequacies of the diet provided to Plaintiff.

    DATED this 1st day of August 2025.

BY THE COURT:

_____
RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE
