IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JHEN SCUTELLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-CV-320 |
| ) | |
| TRINITY FOOD SERVICES, et al, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM ORDER

This action was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On August 1, 2025, Chief Magistrate Judge Lanzillo issued a Report and Recommendation recommending that all claims against Medical Defendants Wexford Health, Earley, Kang, Gibson, and Ashley be dismissed with prejudice, leaving as the sole remaining claim Plaintiff's Fourteenth Amendment claim against Defendants Trinity Food Services and Evankovich based on the nutritional inadequacies of the diet provided to Plaintiff. ECF No. 76. No Objections were filed.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2). A district court is not required to make any separate findings or conclusions when reviewing a recommendation de novo under 28 U.S.C. § 636. *See Hill v. Barnacle*, 655 Fed. App'x 142, 148 (3d Cir. 2016) ("District courts are not required to make any

1

separate findings or conclusions when reviewing a Magistrate Judge's recommendation de novo under 28 U.S.C. § 636(b). We presume that the District Court engaged in the required de novo review absent some indication to the contrary. There is no such indication here because the District Court noted Hill's objections and stated that it reviewed the record independently.") (internal citation omitted).

After *de novo* review of the complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 27th day of August 2025;

IT IS HEREBY ORDERED that all claims against Medical Defendants Wexford Health, Earley, Kang, Gibson, and Ashley be dismissed with prejudice, leaving as the sole remaining claim Plaintiff's Fourteenth Amendment claim against Defendants Trinity Food Services and Evankovich based on the nutritional inadequacies of the diet provided to Plaintiff.

AND, IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on August 1, 2025 [ECF No. 76] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge